UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

22-80147-Cr-Rosenberg/Reinhart

**Case No.** _____

21 USC § 841(a)(1)
18 USC § 924(c)
18 USC § 922(d)(1)
21 USC § 853
18 USC § 924(d)(1)

UNITED STATES OF AMERICA

vs.

RICHARD CHARLES BRUNO, III,

Defendant.

_____/



FILED BY _TM_ D.C.

SEP 13 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about September 1, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**RICHARD CHARLES BRUNO, III,**

did knowingly and intentionally distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of

Oxycodone, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance.

## COUNT 2

On or about September 1, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

### RICHARD CHARLES BRUNO, III,

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

It is further alleged that the firearm is:

a.) One (1) Raven Arms, Model MP-25, .25 caliber semi-automatic pistol; and

b.) One (1) Glock, Model 27, .40 caliber semi-automatic pistol.

## COUNT 3

On or about September 1, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

### RICHARD CHARLES BRUNO, III,

did sell, and otherwise dispose of a firearm to another person, in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that such person had been convicted in any court of a crime punishable by imprisonment for

2

a term exceeding one year, that is, a felony.

It is further alleged that the firearm is:

a.)　One (1) Century Arms, Model VSKA, AK-47 variant 7.62x39 mm caliber semi-automatic pistol; and

b.)　Two (2) Combat Armory, Model CA-15, 5.56 mm caliber AR-15 variant pistols.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

## COUNT 4

On or about July 27, 2022, in Broward County, in the Southern District of Florida, the defendant,

**RICHARD CHARLES BRUNO, III,**

did sell, and otherwise dispose of a firearm to another person, in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that such person had been convicted in any court of crime punishable by imprisonment for a term exceeding one year, that is, a felony.

It is further alleged that the firearm is a Ruger, Model SR45, .45 caliber semi-automatic pistol.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

## COUNT 5

On or about July 27, 2022, in Broward County, in the Southern District of Florida, the defendant,

**RICHARD CHARLES BRUNO, III,**

3

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Oxycodone.

## COUNT 6

On or about July 27, 2022, in Broward County, in the Southern District of Florida, the defendant,

### RICHARD CHARLES BRUNO, III,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(3), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Codeine, a Schedule V controlled substance.

## COUNT 7

On or about July 1, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

### RICHARD CHARLES BRUNO, III,

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of

4

Oxycodone, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(E)(2), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Alprazolam, a Schedule IV controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance.

## COUNT 8

On or about July 1, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

### RICHARD CHARLES BRUNO, III,

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 7 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

It is further alleged that the firearm is:

a.)    One (1) Glock, Model 23, .40 caliber semi-automatic pistol.

## COUNT 9

On or about June 24, 2022, in ~~Broward~~ Miami-Dade County, in the Southern District of Florida, the defendant,

### RICHARD CHARLES BRUNO, III,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21,

5

United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Tetrahydrocannabinol, a Schedule I controlled substance.

## FORFEITURE

1.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, RICHARD CHARLES BRUNO, III, has an interest.

2.     Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

3.     Upon conviction of a violation of Title 18, United States Code, Sections 922(g) and/or 924(c), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

4.     The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

6

(i)      Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number HVW820;

(ii)     Ruger, Model SR45, .45 caliber, semi-automatic pistol, bearing serial number: 380-40123;

(iii)    Century Arms, Model VSKA, AK-47 variant 7.62x39 mm caliber semi-automatic pistol, SN:SV7P007361;

(iv)    Combat Armory, Model CA-15, 5.56 mm caliber AR-15 variant pistol, SN: AA99554;

(v)     Combat Armory, Model CA-15, 5.56 mm caliber AR-15 variant pistol, SN: AA99519;

(vi)    Raven Arms, Model MP-25 .25 semi-automatic caliber pistol, SN: 1710145;  and

(vii)   $2,394 U.S. currency seized on September 1, 2022.

All pursuant to Title 18, United States Code, Sections 924(d)(1) and Title 21,

United States Code, Section 853, and the procedures set forth at Title 21, United States

Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:


FOREPERSON


JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY


JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

RICHARD CHARLES BRUNO, III,

_____/

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL    ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take   4   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I    ☑ 0 to  5 days        ☐ Petty
   II   ☐ 6 to 10 days        ☐ Minor
   III  ☐11 to 20 days        ☐ Misdemeanor
   IV   ☐21 to 60 days        ☑ Felony
   V    ☐61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                         Case No.
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No.  22-8392-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No)
   If yes, Judge                         Case No.
9. Defendant(s) in federal custody as of 9/2/22
10. Defendant(s) in state custody as of
11. Rule 20 from the  Southern      District of Florida
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
    John McMillan
    Assistant United States Attorney
    Court ID No.    8055228

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: ___RICHARD CHARLES BRUNO, III_____

Case No: _____

Counts #: 1, 5, 7 and 9

**Possession with the Intent to Distribute and Distribution of Controlled Substances**
**Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)**
* **Max. Term of Imprisonment:** Twenty (20) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Life
* **Max. Fine:** $1,000,000.00
* **Special Assessment:** $100.00

Counts #: 2 and 8

**Possession of Firearms in Furtherance of a Federal Drug Trafficking Crime**
**Title 18, United States Code, Section 924(c)(1)(A)**
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years' imprisonment, consecutive to any penalty imposed on underlying drug count.
* **Max. Supervised Release:** Five (5) years
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00

Counts #: 3 and 4

**Unlawful Sale of one or more Firearms to a known Felon**
**Title 18, United States Code, Sections 922(d)(1), 924(a)(8)**
* **Max. Term of Imprisonment:** Fifteen (15) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00

**Count #: 6**

**Possession with the Intent to Distribute a Schedule V Controlled Substance**
**Title 21, United States Code, Sections 841(a)(1), 841(b)(3)**
* **Max. Term of Imprisonment:** One (1) year
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** 1 year[1]
* **Max. Fine:** $100,000
* **Special Assessment:** $25.00[2]

---

1 *See* 18 U.S.C. § 3583(b)(3)
2 *See* 18 U.S.C. § 3013(a)(1)(A)(iii)